```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:09-cv-03063-FCD-DAD |
|---|---|---|
| Plaintiff, | ) | APPLICATION AND ORDER |
| | ) | FOR PUBLICATION |
| v. | ) | |
| REAL PROPERTY LOCATED IN NEVADA COUNTY, CALIFORNIA, APN: 61-160-05, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | ) ) ) ) ) | |
| Defendant. | ) ) | |

    The United States of America, Plaintiff herein, applies for an order of publication as follows:

    1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

    2. Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate

1

1 newspaper or other vehicle for publication;
2     3.   The defendant real property is located in Nevada County,
3 California;
4     4.   Plaintiff proposes that publication be made as follows:
5         a.   One publication;
6         b.   Thirty (30) consecutive days;
7         c.   On the official internet government forfeiture
8 site www.forfeiture.gov;
9         d.   The publication is to include the following:
10            (1)   The Court and case number of the action;
11            (2)   The date of the seizure/posting;
12            (3)   The identity and/or description of the
13 property seized/posted;
14            (4)   The name and address of the attorney for the
15 Plaintiff;
16            (5)   A statement that claims of persons entitled
17 to possession or claiming an interest pursuant to Supplemental
18 Rule G(5) must be filed with the Court and served on the attorney
19 for the Plaintiff no later than 60 days after the first day of
20 publication on the official internet government forfeiture site;
21 and
22            (6)   A statement that answers to the Complaint or
23 a motion under Rule 12 of the Federal Rules of Civil Procedure
24 ("Fed. R. Civ. P.") must be filed and served within 20 days after
25 ///
26 ///
27 ///
28 ///

the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: Nov. 3, 2009

LAWRENCE G. BROWN
United States Attorney


/s/ Kristin S. Door
KRISTIN S. DOOR
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: November 12, 2009

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

09cv3063.ord